JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **DANNA VONGAMATH,**<br><br>　　　　　Plaintiff,<br>　v.<br>SUPERIOR COURTS et al.,<br><br>　　　　　Defendants. | No. ED CV 23-00360-VBF-ADS<br><br>**ORDER**<br><br>Dismissing Case Without Prejudice |

　　　On February 21, 2023, plaintiff filed the complaint, CM/ECF Document ("Doc") 1. On March 2, 2023, the Clerk issued a CV-93P Notice (Doc 2) advising plaintiff that he had failed to pay the case filing fee or file a Form CV-60P Request to Proceed Without Prepayment. The Notice warned the plaintiff that if he did not pay the fee or submit a CV-60P request within thirty days, his case could be dismissed. The thirty days has long elapsed and the Court has received no payment and no further filings from plaintiff. Accordingly:

　　　**This action is DISMISSED without prejudice for failure to pay the case filing fee, failure to comply with court order, and lack of prosecution.** IT IS SO ORDERED.

Dated: May 18, 2023

　　　　　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge